AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>   3:21-MJ-195-BK | Date and time warrant executed:<br>March 4, 2021 | Copy of warrant and inventory left with:<br>USLawEnforcement@google.com |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED

| **Certification** |
|---|

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:   Initially Served on March 4, 2021

   Documented on March 10, 2023

electronically signed by *Dan McQueen* for Jason Seth
_____
*Executing officer's signature*

Dan McQueen Special Agent for Jason Seth Special Agent
_____
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.    3:21-MJ-195-BK |
| INFORMATION ASSOCIATED WITH THE EMAIL ADDRESSES: | ) | |
| RSPEIGHTS@AMICUSVISION.COM | ) | |
| AND MATTAHS492@GMAIL.COM, | ) | |
| THAT ARE STORED AT A PREMISES CONTROLLED BY GOOGLE, LLC. | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment C

**YOU ARE COMMANDED** to execute this warrant on or before _____ March 18, 2021 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Renée Harris Toliver _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     3/4/2021 4:32 pm

City and state:     __ Dallas, Texas ____

*Judge's signature*

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

**PROPERTY TO BE SEARCHED**

This warrant applies to:

Information associated with the email addresses listed below, that are stored at premises controlled by: Google, LLC (Google), an electronic communications, website, and cloud service provider headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043:

- rspeights@amicusvision.com (**Target Account 1**); and
- mattahs492@gmail.com (**Target Account 2**)

## ATTACHMENT C

PARTICULAR THINGS TO BE SEIZED

I.     **Information to be Disclosed by Google, LLC (Google or the Provider)**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but are still available to the Provider, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Provider is required to disclose the following information to the Government for each email account or identifier listed in Attachment A:

a.  the contents of all emails associated with each of the **Target Account 1 and Target Account 2** described in Attachment A from April 1, 2018 through September 30, 2019, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b.  all records or other information regarding the identification of the accounts, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration,

methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.   all records pertaining to the types of service utilized by the user;

d.   all records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files; and

e.   all records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

f.   each Provider is hereby ordered to disclose the above information to the Government within 14 days of service of this warrant.

g.   for purposes of authentication at trial, the Government is authorized to retain a digital copy of all seized information authorized by the Warrant for as long as is necessary for authentication purposes.

## II.   Information to be Seized by Law Enforcement

All information described above in Section I that constitutes evidence, fruits, or instrumentalities of violations of 18 U.S.C. § 371 (Conspiracy to Defraud the United States and to Pay and Receive Health Care Kickbacks), 18 U.S.C. § 1035 (False Statements to Health Care Matters), 18 U.S.C.§ 1343 (Wire Fraud); 18 U.S.C.§ 1347 (Health Care Fraud), 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud), and 42 U.S.C. § 1320a-7b (Anti-Kickback Statute) (collectively, the **Target Offenses**), those violations involving Trinity Clinical Laboratories, LLC (TCL), TCL's co-owners and

representatives (including John Grisham, Lori Grisham, James Courville, and Rob
Wilburn), John Berberian, Richard Speights, Jr., Matthew Eggen, and Marc Levy
occurring from April 1, 2018 through September 30, 2019, including, for each email
account or identifier listed on Attachment A, information pertaining to the following
matters:

1. All communications related to health care fraud, illegal health care
   kickbacks, false statements to health care programs, and/or genetic
   screening tests involving TCL, TCL's owners and representatives
   (including John Grisham, Lori Grisham, James Courville, and Rob
   Wilburn), John Berberian, Richard Speights, Jr., Matthew Eggen, and/or
   Marc Levy.

2. Evidence indicating how and when the email account was accessed or used,
   to determine the geographic and chronological context of account access,
   use, and events relating to the crime under investigation and to the email
   account owner.  Evidence indicating the email account owner's state of
   mind as it relates to the **Target Offenses**.

3. All records relating in any way to patients or customers of businesses
   owned or controlled by TCL, TCL's co-owners and representatives
   (including John Grisham, Lori Grisham, and Rob Wilburn), John
   Berberian, Richard Speights, Jr., Matthew Eggen, and/or Marc Levy
   including the following types of records:  patient charts, files, records,
   treatments cards, recordings of telephonic conversations, patient ledger

cards, patient complaints, physician notes, call center notes, medical assistant notes, genetic testing records, and original patient or referrals source listings.

4. All documents constituting, concerning or relating to bills, invoices and claims for payment or reimbursement for services billed to insurance companies, including Medicare and Medicaid, for any patients.

5. All records relating to the ordering of genetic testing.

6. All documents related to referral of patients to or from TCL.

7. All invoices and supporting documentation evidencing monies owed to or received from any of the referenced individuals or businesses.

8. All contracts, billing agreements, professional services agreements, or any other contracts between the above-referenced individuals or businesses, and any other individual, company or billing company.

9. All Medicare and Medicaid handbooks, manuals, newsletters or other Medicare and Medicaid publications.

10. Bank accounts, money market accounts, checking accounts, equity lines of credit, investment accounts, stock fund accounts, bonds or bond funds, including deposits and disbursements, canceled checks or drafts, electronic transfers, ledgers, loan statements and loan agreements.

11. All corporate, business and personal tax returns the above-referenced individuals or businesses, including, , any quarterly employment tax

returns, withholding records, W-2s, and any Internal Revenue Service
Forms 1099.

12. All documents consisting, concerning or relating to all current and former
employees, including  personnel files, employee rosters, names, addresses,
telephone numbers, email addresses, time cards or similar records, expense
reports, training information, certification verification, salary and
compensation information, disciplinary records, licensure records, job
applications, job descriptions, employment agreements and W-2 forms.

13. Receipt transfer or other disposition of criminal proceeds.

**III**.   **Review of the Target Accounts by Law Enforcement**

With respect to law enforcement's review of **Target Account 1 and Target
Account 2**, law enforcement (i.e., the federal agents and prosecutors working on this
investigation and prosecution), along with other government officials and contractors
whom law enforcement deems necessary to assist in the review of **Target Account 1 and
Target Account 2** (collectively, the "Review Team") are hereby authorized to review, in
the first instance, **Target Account 1 and Target Account 2** and the information and
materials contained in them, as set forth in this Attachment C.

If law enforcement determines that all, some, or a portion of the information or
materials in **Target Account 1 and Target Account 2** contain or may contain
information or material subject to a claim of attorney-client privilege or work-product
protection (the "Potentially Privileged Materials"), the Review Team is hereby ordered
to: (1) immediately cease its review of the specific Potentially Privileged Materials at

issue; (2) segregate the specific Potentially Privileged Materials at issue; and (3) take appropriate steps to safeguard the specific Potentially Privileged Materials at issue.

Nothing in this Section III shall be construed to require law enforcement to cease or suspend the Review Team's review of **Target Account 1 and Target Account 2** upon discovery of the existence of Potentially Privileged Materials in **Target Account 1 or Target Account 2**.



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

03/17/21

Special Agent/Criminal Investigator Jason Seth
U.S. Department of Health and Human Services (OIG)
1100 Commerce Street, Suite 629
Dallas, TX 75098

**Re: Search Warrant dated March 04, 2021 (Google Ref. No. 5459467)**
*6-19-0-0178-9*

Dear Special Agent/Criminal Investigator Seth:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request.  Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act.  See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *RSPEIGHTS@AMICUSVISION.COM, MATTAHS492@GMAIL.COM*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.  To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

To the extent that you have requested data related to the Google Chat service, and the target account participated in a Chat Room owned and controlled by a Google Workspace customer, included in the production is information sufficient to identify (a) the Workspace customer domain that owns and controls the Chat Room and records associated with the same; (b) the Workspace-owned Chat Room in which the target account participated; and (c) the date the target account joined the Workspace-owned Chat Room. [1]

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment

---

[1]   See the UserInfo.zip file, where [obfuscated_customer_id] indicates if a Chat Room is owned and controlled by a Workspace customer, and the domain of the [inviter_user] identifies the Workspace customer. If you wish to obtain Chat records associated with the target account that are owned and controlled by the Workspace customer, please use the information provided in this production to either request that information directly from the Workspace customer, *see Seeking Enterprise Customer Data Held by Cloud Service Providers*, U.S. Dep't of Justice (Dec. 2017), https://www.justice.gov/criminal-ccips/file/1017511/download, or to obtain appropriate legal process that identifies the Workspace-owned Chat Room and the Workspace customer domain for those records.

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

Corporation and can be served through the email address googlepayments@google.com.

     For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

     Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Kylie Miller
Google Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.	I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.	I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.	Google provides Internet-based services.

4.	Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *RSPEIGHTS@AMICUSVISION.COM, MATTAHS492@GMAIL.COM,* with Google Ref. No. 5459467 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.	The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.	The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.	Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

\_\_\_/s\_Kylie Miller_____ 	Date: 03/17/21
(Signature of Records Custodian)

	Kylie Miller
(Name of Records Custodian)

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 5459467)**

mattahs492.Chats.Preserved.1.zip:

MD5- cdab75899b2ce47ae59094d0bb77562d
SHA512-
3b7c00981c6aadf0ab46c5ccfdd317d534843ef6c4015f1105cfa14491e4c4df0884e2bd3db328d368
e229ff8b7316c71ffbf5d1891be8b4e103434e3335614a

mattahs492.Chats.Preserved.2.zip:

MD5- 63109a513953c6bd91209341108e1a8c
SHA512-
2d58841d21fbe99aa7a7022635a6af3bf0e2d4b82ab3220e1e807efbc3fd094a9a906cb1c4c2cd2a11
d4c1da44463e6441d6747d7f3952c39ab09aa0ad90bf05

mattahs492.Chats.zip:

MD5- a7345547acf5a6cbd00a2cea83d9ea58
SHA512-
448245b8208c02ea8bc63988d853f6d3df82fc28358a0557d5a77e7d0c042cb48e72cb9106b3c0432
7952650c7a9a39947e1360131e943ebf494b7dfa8dbc54a

mattahs492.Drive.Metadata.Preserved.1.zip:

MD5- ae845e9b91a6f5979b871f82380973c3
SHA512-
2a511c602664f614dbb31805337bfd7e87f99a8a200e1f735ac7ee85c2f71c2c92ac3df8d7a5689336
bbeb44ed5adac86cae53335c381d176e43e574fdc57ab7

mattahs492.Drive.Metadata.Preserved.2.zip:

MD5- 27b717f21ebe1b4b7d144c7fc98824cf
SHA512-
2513d0156286f0a091e88c92e019ce31d6fdea6e6a769c3b8415690fb9841bb39a568bdb4f15176a4
9bf2aaf704ee24da5af6d7fa16f941707956256a6d55be0

mattahs492.Drive.Metadata.zip:

MD5- 3464412b55786ac7b4e380e01860d457
SHA512-
e062e1f5341789a90664b5a7e79583d21fcd1ea30ce0b7c9afb40ac52f3ef8116e1e54f42fff23f9e9b
8a6fa6fe13009ab7421f41841feb78ffe987e7acf1e37

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

mattahs492.Drive.zip:

MD5- 9829aee9b7f8330bbf2874534383d130
SHA512-
4554144a9b1107e33e286e825109294ce8f0735476c3a1a258a92740fb72804cd1c38b98944efbda5
a24283293ec5b10eb3b61221945ea69766bd96de2309294

mattahs492.Drive_001.Preserved.1.zip:

MD5- 073bf0fc18bae481014dd9e6a20f5479
SHA512-
4205072b7784df4c1c7abc3055edeb65ee08a41e9ea9cace96f882bed464ea1f427b8779089b2dfa85
a4c74dd84b398cf5c037828097b40ef63d937af8d92e23

mattahs492.Drive_001.Preserved.2.zip:

MD5- bb86f9f62f563a214ae7138ac74a6529
SHA512-
fc4386bb26c63923535746b375262219c66a92f67bb94ad3942806a332a52ef0c8b66e13510c6619
bbe429fa61519b437e1ac7144a5e994ab51e82ddbd8ddbc9

mattahs492.Drive_002.Preserved.1.zip:

MD5- 52742c011ad1be77568d710d01559167
SHA512-
fe143e18e3aaf7eff6c193f87999fb6d2c645cd9df9b3a8a86df4085d8badf22bc4aa0ce90ddf8bc1c6c
503d0d1835168b713a497203bf6290f7f063ab6abbef

mattahs492.Drive_002.Preserved.2.zip:

MD5- 51e39f2614525d54d96d973930cf7048
SHA512-
ee412bfc46913b1bcbce4462c72b3dfa5d5c04a4ccc85d29811cfa799b08962e75856d817d4b51a85
1910a54db51e81fec507249ba8030e871149ce39223ca25

mattahs492.Drive_003.Preserved.1.zip:

MD5- bc627c46b01a325888e14cb7191569d3
SHA512-
8d1e1a8c0aca741fb6e2c54015e01722dd0f08da8bf5755c385303f139d901642ca7cae66bfd5d5dec
6dfec48966fb592c099a88418c70fb7f80b8d229e6f908

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

mattahs492.Drive_003.Preserved.2.zip:

MD5- 3262ebdaa193112175d043ec9930bd51
SHA512-
a9c254591e2ba366217e3337034ce381d2c60e96cae27bb9739fe17a96edd10f5e58fbdbc8073931e
8de5659d2842101c7d3e007b519cea24a1ff47f9665d0a1

mattahs492.Drive_004.Preserved.1.zip:

MD5- ed91b26ac81a64e50f11900a321751de
SHA512-
46d116b52c750a82bd7db0b62aa5e4ea54588109fb1fa24074caefb51b8468884eff96587262c9d62
eb4b4f382cc0c9411e9d98f17d5dfdd25459e355abca541

mattahs492.Drive_004.Preserved.2.zip:

MD5- 3caf0719df5007fdc8e08f1eba83bd2d
SHA512-
32f152293442e9cb2a8431ea73b0a00dc74aafb5c7e8078d8c343b520c66ff420223de5809dbbc1fc5
7cab8c40f98dd12f4e4f96cec6ea1ef9168f09ec397098

mattahs492.Gmail.Contacts.Preserved.1.vcf:

MD5- 0ed7098e6b2c416349c7c16dc066a31e
SHA512-
223f57e9d59d1c0fa017dab31b3d91c19a5b02d7f68b88b64730221c0d23fa61a812cd1cdbcea7940
a2d3813604423930904b0b4022a9a8742fdbcc4acf0bb52

mattahs492.Gmail.Contacts.Preserved.2.vcf:

MD5- 0b38c65482ca72eea4a8ee7528580527
SHA512-
bfebf389d9c3a67011c3548ce24eeda47bf4c6e91327d67e29ada489436a38830d7505a27397c9042
a4fe3c1f620469d465bdfe0c40a9a88e061624429c318be

mattahs492.Gmail.Contacts.vcf:

MD5- de9857244ca244925513cfc8859c2d4e
SHA512-
98f98248c6256c7e53e55eca8958502104ee14e07517ee793aa92123aaef49dcaaf99d4ae59bb8be32
5c0842fb4507ca0186226defb7b52baf6a33aff3cd9e6a

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

mattahs492@gmail.com.609998864670.Calendar.Calendars_001.zip:

MD5- 671af4b8725351b402499f87b68bf4de
SHA512-
30c32eff95403fd117f8a658f081f8d36ac5b33de5e2400b79f95c000f6f68f07f4d87c797239dc1d90
6dd8b5fb5568b6dc0061f1c4087fdc089d0caa7c5decc

mattahs492@gmail.com.609998864670.DriveMobileBackups.Backup_001.Preserved.1.zip:

MD5- 01affea14d9d66f17c323e6e0ada878a
SHA512-
ed02d9d102009c259f9b39f45232763e37e7854dcd259c85455f28c1137d10545a7ca1ce912e1226d
12757e10d241fe665764b5ce0b03bad0d05b03339506d21

mattahs492@gmail.com.609998864670.DriveMobileBackups.Backup_001.Preserved.2.zip:

MD5- 976a1c9656d47cada6c0f38983b07850
SHA512-
db7a3d8660bfa1e7606e0bab85a70380fdcfd0d81577d31d09782c816ac5c52bbb12d41ecf4e5f821
25611cdc18399a25f74d8e223bfd586d08e2e97023d0982

mattahs492@gmail.com.609998864670.DriveMobileBackups.Backup_001.zip:

MD5- 1aa25f1ca8b86341d0af153935454691
SHA512-
c10419a142969d2d76fbb25a063059b837797ed05a85a41ce2865072d509283846e87ff9858bdc56
615860a05f2bda3d4f7d70dc67d549d008b4531497259cb4

mattahs492@gmail.com.609998864670.GoogleAccount.SubscriberInfo_001.zip:

MD5- c8ccc8fe884d5c16690d90d62b8797ce
SHA512-
2bae16c70b4fff600689d1c78be9dd04c7546f68a71e67f8b819b6e68dba9981e38ca1c500c28fb736
a6569424e28dec6eea00bfbaa0e746719f53b83da814d4

mattahs492@gmail.com.609998864670.GoogleChat.GroupInfo_001.zip:

MD5- 7dfcbfdd1afb7739f69cefe9967e3d4e
SHA512-
88de03479193fdd472f40118e1ce959189fd045f7826c30214ee43d0f47dbe37d50011255c15beb03
70e8f21764bd507c80bbe78cc747ecc4db938ccb3e98d2d

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

mattahs492@gmail.com.609998864670.GoogleChat.GroupTasks_001.zip:

MD5- 0d9a4c7a22ee431e74c3855bcb136b20
SHA512-
861b8f91c21162045422e3f4ff50291900e10a5ee71c220c9cfe2681d3cc4c26d01f0c35b0ddef4a94
beefba2f9ed7d90192ace917d8e1561fd49df6574e6371

mattahs492@gmail.com.609998864670.GoogleChat.Messages_001.zip:

MD5- 0cff2c27568601e96b2e7f294b28d018
SHA512-
e643c69385bfa238bc7bdb790eb5a2028f929b265df14ad3c0fb920c9ec7930b0b99bb2be804afc2c
133538c31c64c09216395b53f3e269d1a4f166c9c2cf725

mattahs492@gmail.com.609998864670.GoogleChat.UserInfo_001.zip:

MD5- 13941b94df18d18b649c6ce58324369c
SHA512-
ef1812b3b0cb922e682c5019ffc2b75dfb979dc07c1b51d7ca16ec85739105981adeb87d21737de0c
86751549f02a1c3e7834a09b23f83fe793e6622a89d0a3c

mattahs492@gmail.com.609998864670.GooglePhotos.PhotoResource_001.Preserved.1.zip:

MD5- e8b643731735d3b3ad961d449b2c9dfe
SHA512-
46af45b6b60c43a74c663fdc1be844304a94c57af11c599e379a34effe8feb39148f40ab47bf4fc23e1
60aa8f92e1f33e4849f1c468e9e7c770e897fea2b0609

mattahs492@gmail.com.609998864670.GooglePhotos.PhotoResource_001.Preserved.2.zip:

MD5- 028acfe4408f94ad903e08bb255b9862
SHA512-
3f355127efe8ab3ce71fd3d1943a0c8ced4007eb755df8797b20272ae9e21ae72332a8e4cab40ff100
47e19833d3d545a77e4095ebd3d7b72440dad16a8f84b9

mattahs492@gmail.com.609998864670.GooglePhotos.PhotoResource_001.zip:

MD5- f0ba8acbbf5363e9daac4e2d5efeedd6
SHA512-
9e5c6d4bc2beaaa9e053e888f752809fd03fd6d15bd3e4e9ac25ca80d7f72163b58981eca5d430b65f
12def666606f6dec370ccca9d5a711457dc26c71e8b3d7

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

mattahs492@gmail.com.609998864670_001.Calendar.Calendars_001.Preserved.zip:

MD5- 55810b27f7cbe4e9567ca0811043e0c2
SHA512-
1429bac05e2f34b091db9b8867b4e4e95a960d86aeb956ca466e0579873aa6d8dd5b0fc183735c4a3
fb7fb80aae8364eecbc9fb81cadf71e3f6cc4aef8779631

mattahs492@gmail.com.609998864670_001.GoogleAccount.SubscriberInfo_001.Preserved.zip:

MD5- 8b13659e14906c461d91c905f24b8934
SHA512-
d84d6d6012d9ecda26adde4cfc581cf20c0eda517535db7a94e7f60a2110db591c4a9ee9c97e4dc78
588549b8fccf08b0253c605679854e4f5ca7cad75700df0

mattahs492@gmail.com.609998864670_002.Calendar.Calendars_001.Preserved.zip:

MD5- ab12acc23348bbd771b8df4a5fc75bf2
SHA512-
2bfed26d86d24eb450a22c1e4b0633b32e64c06492f7001d68f662be14427ea98ed5a44885fc98c1c
fb925bbcb509e6698041614e2a881a06f8795bd5e35ae4d

mattahs492@gmail.com.609998864670_002.GoogleAccount.SubscriberInfo_001.Preserved.zip:

MD5- 1c6fe75c4ceadd294f54f937c9067838
SHA512-
1109bb19f900bcbcab0c82578758b27a9550254fe919f87e13f152cf883883a02157d0220fd6ef62ab
81aabb79c84e6729038e682d75a52c65751681d12b1be5

mattahs492@gmail.com.Gmail.Content.Preserved.1.mbox:

MD5- 52e8e5a719ec9ebc10b002bd9a4e8d4e
SHA512-
986984e579de59f3dabee72bfb13cfc25d49357706c55f8e5107e7df8de29341c0be6be952bf15289e
ff1c74c1c3362b9849c630c10fc6d024c872244cec53ff

mattahs492@gmail.com.Gmail.Content.Preserved.2.mbox:

MD5- 1c2e1ee0c5c9cc023acdc44374bcbb69
SHA512-
a88ced306a02aeddf1810835dc5b1c654a0ff5085e3666f78ebe14bf40dae3369af031b20c234b5245
8615155db81972a456c33edc43a221a31828b1b8ea96e8

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

mattahs492@gmail.com.Gmail.Content.mbox:

MD5- 01c084d60233f47b73018b172f9fe0ef
SHA512-
b0ad61dd6ab17010824f9326d40a2feb2cb2c29dd9e9413cf2ef9349c6f13e5ab6ee6bd4f264e1eef9
ae98b2951392278a601dbce3bd957e554861c3677026cc

rspeights@amicusvision.com.787402603702.Calendar.Calendars_001.zip:

MD5- 40f966d24ee304b9b6e5b56fd297ebac
SHA512-
2aa470b843e58fa6e4c4e84f257f825138ec378dce4b478f58cc80a1adba25a0fa155625a2b515a92b
48ce76b9ddef44b190421677600c6cb511beaba39edf61

rspeights@amicusvision.com.787402603702.DriveMobileBackups.Backup_001.Preserved.1.zip:

MD5- 066f97e3bcceea8ce2903f69e6a994cb
SHA512-
2d30096d6fe132e1dd1301b8f33effaee171e3741bf0122cd84d9fd83279ee65d1e93b66c6218e1b1e
b60f6b2a7237a66fb9e9b756b2920c139f1d8fe55bc1a7

rspeights@amicusvision.com.787402603702.DriveMobileBackups.Backup_001.Preserved.2.zip:

MD5- 22d80cad258dd6a092e7f45faf60b20e
SHA512-
bff3b6e92c60344f4a54015b1d56843d4c506a4f820abc66bcfdea0fd8972265d179770727dc16761
2fe7f76e42aa6306717a7b6158ef1a91911cfa6ff9db8c1

rspeights@amicusvision.com.787402603702.DriveMobileBackups.Backup_001.zip:

MD5- 0bde6e9b769bd1fd8eef0e9696fca99e
SHA512-
f5c5e94d196ea2e0f28de2437ac3c0e8f90a93544a48f23b24c7b5806fb1a04ef6af82361675d0cb8ee
18db93844f8815d99c376996cc187bca5ea3b1288bad9

rspeights@amicusvision.com.787402603702.GoogleAccount.SubscriberInfo_001.zip:

MD5- 7eef40b5045862ca55b43a22fd5f26f2
SHA512-
466c3c7c9bee1c561e43bdb17835b9e31d589b68ef2ac25adfd492a5a8a453ac66e3c1ce90d837002
fd2247f4803fb6c41b715f03947553c368c2a82ee3acd2c

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

rspeights@amicusvision.com.787402603702.GoogleChat.GroupInfo_001.zip:

MD5- 71ace4c2eb3b84215a924a376c4f0150
SHA512-
b273df68247032248d5a16ef7d357d558d31b76b514e28ff8fa2dd081c656d9bc3e0d3d16098d686
d609a7721960b51e536e6306cbc37435f0b2c991304d0439

rspeights@amicusvision.com.787402603702.GoogleChat.GroupTasks_001.zip:

MD5- 631643d1255d347a0ef2ed44e341e7b7
SHA512-
57bc1b58c5aea31d6e2c9d49db7c2922771f4e24d0d6e40b6c21d92aef05e31ea63fe6ee221f816f7e
251a5806339073c56c19e9c27cbcdc7b9c97b8854966ed

rspeights@amicusvision.com.787402603702.GoogleChat.Messages_001.zip:

MD5- 38420fc1f6242e9b36a9de2ad83a6ff7
SHA512-
ba08cb67dea960b1c814330667abbe9e8f96b2dfaca646ff4c5e5df376c9581246092bd5c6da298472
4bdb7e7ddcf8ea9cb44da05808fee98f4c16c3a128e345

rspeights@amicusvision.com.787402603702.GoogleChat.UserInfo_001.zip:

MD5- 6c9bda20dc470cd254e296489673795f
SHA512-
254441ea54faf2d8eed899ffe5dbb33bb3ce96b368a5490281ff4edbe48f0e51844eb8617d49f90bb0
d9843ec334ee5da96689cf99737d18194d10b78dbc3f72

rspeights@amicusvision.com.787402603702.GooglePhotos.PhotoResource_001.Preserved.1.zip:

MD5- f0d44ae07bd5aa0c6294e73ff3297a40
SHA512-
2602cc7a53cb2b2dd8c39c96f7c96799eac9f01fa109980246c0da780907005cf1d934fd4a9be22a82
6d45e04e2a2bebba8c8c13ca2e3c113013b92b5f9bc32c

rspeights@amicusvision.com.787402603702.GooglePhotos.PhotoResource_001.Preserved.2.zip:

MD5- 5767d95dfc1f550f426745e1da149e19
SHA512-
48e4879f859616c2ebcc52abeecc5a3cd89e02853131ce9d11a3a841dd5595c253bc5f944c27f1f7b9
6d65decadb44086edac1990619d31c6ae66c2c862f6983

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

rspeights@amicusvision.com.787402603702.GooglePhotos.PhotoResource_001.zip:

MD5- a4fd5e7cba9b073b04d8bde8f8690308
SHA512-
daa14603731e406ff617b303271883955dbc4e7a46fffa089bc81a4a2b7f3049757ecb63e83fb9f529
eb081a41b44e86ea846270420623bc165811acef9467b7

rspeights@amicusvision.com.787402603702_001.Calendar.Calendars_001.Preserved.zip:

MD5- c3561efa76db2ffd6c440ef86c90c7e3
SHA512-
9174b3bef1a638410177d9b8a25780ccdfa16bd3c46e39392c5a944d8c80b5125b0bd45dbbe30c10f
83ca8f7cb05e0bc88d9c307be9fbf355cc252211716d155

rspeights@amicusvision.com.787402603702_001.GoogleAccount.SubscriberInfo_001.Preserved.
zip:

MD5- e645d27d1aa106a3cc50382e6fc6dbc6
SHA512-
8e92c86046d7f7321758894b1e83e0771b2b7f63a22e1dba40b4e3de65219cf82f39dd3b602e7ef86
e616b24e2222ce948f39b024b77ba26131a7a4a2a6613a0

rspeights@amicusvision.com.787402603702_002.Calendar.Calendars_001.Preserved.zip:

MD5- 19edded6f4ada3db59aaef785092803d
SHA512-
dd6d95c0f83b16060fbbc9fb6d1b91f0d3db6e5b13a5c8410373b8b2e667d12e60cc94bd651c03e1b
dece9887700471ab46a79e699914b19e6106be0ddc915c5

rspeights@amicusvision.com.787402603702_002.GoogleAccount.SubscriberInfo_001.Preserved.
zip:

MD5- 7aee444cae49a8213d6994b6863db7a1
SHA512-
5cf7576b43435b20c0acbe21e00af868cd7b570642bd557932cb850d268d144b300ae50dd534623d
9b1467d264f20162e62dd2a5ca0a9497d5fb86982bf0a614

rspeights@amicusvision.com.Chats.Preserved.1.zip:

MD5- b5f728b8217147d8ecfdb5bea7ad60e8
SHA512-
dd32cef7e1788271400f7f5c6c967b689f8c8aa32a62502409958570bad301f25cd6795c671c53f827
b1975c41df0199fb040d4ece8ab1ea4fe0d85e32a0d257

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

rspeights@amicusvision.com.Chats.Preserved.2.zip:

MD5- 8a3998f311142e0bdf343a66880df829
SHA512-
b51949b97e5e2843fcc0084fee82137f22873c4a32fe51d809dacce3cfc8de5d501ab9832c6bfc31f1b
4fc535b3ccd6e7f5dcd722d8072b6aa89aa3f81ebc715

rspeights@amicusvision.com.Chats.zip:

MD5- c67f15070c1b3f531d5af473e83de344
SHA512-
c2985968c8f50758a32648a5a4d1e18e3fd7624059ce40ddebe16c1198ece51f6ae24de06c105e58ee
f2912c041e9394626c3bd2847d4decd1d0613998afaddd

rspeights@amicusvision.com.Drive.Metadata.Preserved.1.zip:

MD5- b95273f0202a36e1797b26e9db926c37
SHA512-
6139ac513a2349c06bd2c406ea0705e9d941f8c85a9cda104f933da1ca7591e5fb69b85ab73765f44
c2447f46a73d481f5ec7e358a6093b7ba467c2e6c722900

rspeights@amicusvision.com.Drive.Metadata.Preserved.2.zip:

MD5- e2a18a1dc8a1e93f1980350e123a4b90
SHA512-
3654af1cf8ccf3a2431739fc82559a0da08d77d877af17f382a5e00138b1bf674f7d0358e844c857ca
38a2674365bc84bfa1bdb5a9cab12cd578b487ee050256

rspeights@amicusvision.com.Drive.Metadata.zip:

MD5- f1095e793ba063836217240a86dee8ab
SHA512-
429e9fc0032ba02aafb6a153ecdc5e9f63ceec51247a4aba7dd9658c49d7a09334637baaeeefb94869
a4483264221651ab3418690978b7053809eac291add486

rspeights@amicusvision.com.Drive.zip:

MD5- 15a09942b8389d7162ea0226736624fd
SHA512-
b6c6b0576fd03f59e5c7e411cc15cda3c6e10655831ccdd43f29d40b2e2272aa86330333bba666660
d8e5b47247f34a167fcd3d682c83d1fd837ec061f2c266f

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

rspeights@amicusvision.com.Drive_001.Preserved.1.zip:

MD5- 37ab8303831da4728c58942f53b4c98d
SHA512-
001d86457acb763f96ff2ab88e2cd28e92a230c2427431b0d3e911baaa581d3acf2d05df88bfee750f
ee3600f889c9ace5c0c21cad36cd9b8b71c6967d310761

rspeights@amicusvision.com.Drive_001.Preserved.2.zip:

MD5- 584da44d92a24f7cb2b83b1613b687ec
SHA512-
54c48e95bcc0439faf889c69de1b0fd95f2447235c87f70e9ec146e98773b6e0f3c812a20e5811eaadf
9aff2ad57f467c77e5a4aa987da0d5951d872479fc767

rspeights@amicusvision.com.Drive_002.Preserved.1.zip:

MD5- 4bfed3620b3939489fd830e8b411ca14
SHA512-
d3e6071476143e40e14450eeca451e5c62054c0c7734b6c5e6b10b92152e1f9fa6cfb7e1f03aa0474f
e0a05b82382ab8ab909776851cc6c2fb13dad66eb291d1

rspeights@amicusvision.com.Drive_002.Preserved.2.zip:

MD5- 3fa997fa1804289ab4d5290184262f37
SHA512-
2f1e547519ef3882f8308caa750bb0b3d55daaaf087f41d449bc4b8b5dc76ab0d2a6f27e3449ffa114
89f128d0a9cb677b3a6d806d9065287755fc1b706f126f

rspeights@amicusvision.com.Gmail.Contacts.Preserved.1.vcf:

MD5- a66eeb94df6e6e6cdc8be339bdaed364
SHA512-
d8322bc9525fe7df22b6b15ea31471415a01a72b60114c2357cc40e15b63603e7a2f2d00496b73afa
363a6d0fb9b2ee91fb53f2f6309cc23a5f2d64b4f58ccbe

rspeights@amicusvision.com.Gmail.Contacts.Preserved.2.vcf:

MD5- 0c2ac01f13431b794fe0c1e1b77faf72
SHA512-
a99b036bac6a5896fce5dbcb74d7d125691eab34182b71aecd8bc012d4c1ac86a7cbd3d80a979d879
ef1265b56ff06116c0d6260a13eaada8e5a225d0e9672f4

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

rspeights@amicusvision.com.Gmail.Contacts.vcf:

MD5- c23da5c7e726a930f12bdc64f27b6fec
SHA512-
8f8e29cf1584f5fdf84b2d29ae808737629a099ab04f7a2cf83994ccc14c83c5dc1acd43ac2b6a8ab30
3565ecad2db667ad09cbf71be2f2dafb81afab13a68d5

rspeights@amicusvision.com.Gmail.Content.Preserved.1.mbox:

MD5- df9d2a1e2b6f7e9c67e744b51d0917ee
SHA512-
00e713541e3384fd27ae42fec4ba7b18cb18e9b55830046810cb98aec965d8ce91084155b367a4dd7
e15517393344a9d19e8d3df3fd54b177e03dba1e5b73556

rspeights@amicusvision.com.Gmail.Content.Preserved.2.mbox:

MD5- 19475d9dceff14e3b4c0f00322af8a4a
SHA512-
41b44f52195aab607008c95ae44fb88cf002087ecc5d0fd8c526fd0d6842fff8c7392de6757ce0f2c18
a5b7be0063b83895094a65397133ec8005058f7e7941b

rspeights@amicusvision.com.Gmail.Content.mbox:

MD5- 70eb78bdcbfc4efefec159bc5364870b
SHA512-
6eda1225ba96f73b22aa7e0aede8fdd7d494fea81a252c27696ac8ff48d0753361694de8eb55a7f9d1
fbd647eaf92e1b18f72168c7653371a303eb4bac744adb